CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Roanoke
MAR 0 2 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Pam Coleman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RONALD G. JOHNSON, ) | |
| Petitioner, ) | Civil Action No. 7:06-CV-00108 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES, ) | By: Hon. Norman K. Moon |
| Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that petitioner's motion pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as successive, and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent if known.

ENTER: This 2nd day of March, 2006.

/s/ Norman K. Moon
UNITED STATES DISTRICT JUDGE