CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAR 0 2 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD G. JOHNSON, ) | |
| Petitioner, ) | Civil Action No. 7:06-CV-00108 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES, ) | By: Hon. Norman K. Moon |
| Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that petitioner's motion pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as successive, and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent if known.

ENTER: This _2nd_ day of _March_, 2006.

_/s/ Norman K. Moon_
UNITED STATES DISTRICT JUDGE